UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOYCE KELLY,                                               Civil Action No.: 08 CV 0518

                Plaintiff,                      **NOTICE OF APPEARANCE**

        -against-

HOME DEPOT U.S.A., INC.,

                Defendant.

------------------------------------------------------------x

C O U N S E L:

    **PLEASE TAKE NOTICE**, Robert D. Lang, of the firm of D'Amato & Lynch, LLP, hereby appears in this matter for defendant Home Depot U.S.A., Inc.  Please mark your records accordingly.

Dated: New York, New York
       January 22, 2008

                                               D'AMATO & LYNCH, LLP

                 By: _____
                             ROBERT D. LANG, ESQ.
                             Attorneys for Defendant
                             HOME DEPOT U.S.A., INC.
                             70 Pine Street
                             New York, New York  10270
                             (212) 269-0927

To:   Mark Rubin, Esq.
      Attorney for Plaintiff
      Office and P.O. Address
      3413 White Plains Road
      Bronx, New York  10467
      (718) 231-1515

#288641v1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

**KAREN ROSS**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York. On January 22, 2008 deponent served the within **NOTICE OF APPEARANCE** upon:

>Mark B. Rubin, Esq.
>Attorney for Plaintiff
>Office and P.O. Address
>3413 White Plains Road
>Bronx, New York 10467
>(718) 231-1515

via by depositing true copies of same in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York properly addressed to said attorneys at the above addresses designated by them for that purpose.

_____
**KAREN ROSS**

Affirmed before me this
22nd day of January 2008

_____
NOTARY PUBLIC

**CHRISTINE SACHKO**
Notary Public, State of New York
No. 01SA4941832
Qualified in New York County
Commission Expires Sept. 6, 2010

#279168v1