UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
KELLY                               :
                                    :      08 Civ. 518 (LMM)
            Plaintiff(s),           :
                                    :   CASE MANAGEMENT PLAN
      - against -                   :   AND SCHEDULING ORDER
                                    :
HOME DEPOT                          :   USDC SDNY
                                    :   DOCUMENT
            Defendant(s).           :   ELECTRONICALLY FILED
                                    :   DOC #: _____
------------------------------------x   DATE FILED: 2/21/08

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex   ___ Standard   ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by 7/31/08.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:

Dated:  New York, New York
        2/21/08                    SO ORDERED.

                                   _____
                                   LAWRENCE M. McKENNA
                                   U.S.D.J.