UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOYCE KELLY,                                           Civil Action No.: 08CV518

                Plaintiff,

                                                           **NOTICE OF APPEARANCE**

        -against-

HOME DEPOT U.S.A., INC.,

                Defendant.

------------------------------------------------------------x

C O U N S E L:

    **PLEASE TAKE NOTICE**, Alfred A. D'Agostino, of the firm of D'Amato & Lynch, LLP, hereby appears in this matter for defendant Home Depot U.S.A., Inc. Please mark your records accordingly.

Dated: New York, New York
       May 20, 2008

                                                      D'AMATO & LYNCH, LLP

                              By: _____
                                    ALFRED A. D'AGOSTINO, ESQ.
                                    Attorneys for Defendant
                                    HOME DEPOT U.S.A., INC.
                                    70 Pine Street
                                    New York, New York 10270
                                    (212) 269-0927

To:    Mark Rubin, Esq.
        Attorney for Plaintiff
        Office and P.O. Address
        3413 White Plains Road
        Bronx, New York 10467
        (718) 231-1515