UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOYCE KELLY,

                      Plaintiff,        Civil Action No.: 08CV518

-against-

THE HOME DEPOT U.S.A., INC.,    ~~PROPOSED~~ **REVISED SCHEDULING ORDER**

                      Defendant.
-----------------------------------------------------------x

**LAWRENCE M. McKENNA, District Judge:**

I. **DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| Deadline for plaintiffs' completion of initial disclosures required by Rule 26(a): | 7/15/08 |
| First request for production of documents and first request for interrogatories due by: | 7/30/08 |
| Deposition of plaintiffs to be completed on or before | 8/15/08 |
| Deposition of Home Depot to be completed on or before | 8/30/08 |
| Deadline for joinder of additional parties and amendment of pleadings: | 9/15/08 |
| Deadline for plaintiff's Rule 26 expert disclosure | 9/01/08 |
| Deadline for Rule 26 expert disclosure by defendants | 10/01/08 |
| Dispositive motion process started by: | 11/15/08 |
| Joint pretrial order due by: | 12/01/08 |

*Approved & so ordered.*
[signature]
LMM 7/7/08

#300387v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08